# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KIMBERLY HARRIS**                                                    **PLAINTIFF**

**v.**                           **CASE NO. 4:26-CV-00377-BSM**

**TROY WELLS**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE